NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLINOIS TOOL WORKS, INC.,**

*Plaintiff-Appellant*

v.

**CHICAGO LAMINATING, INC.,**

*Defendant-Appellee*

---

2023-2275

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-01833, Senior Judge Elaine E. Bucklo.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    ILLINOIS TOOL WORKS, INC. V. CHICAGO LAMINATING, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 11, 2023
          Date                    /s/ Jarrett B. Perlow
                                  Jarrett B. Perlow
                                  Clerk of Court

**ISSUED AS A MANDATE:** October 11, 2023